UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORRIS R. JAGNANDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2139 (RCL) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff, a resident of the Philippines proceeding *pro se*, seeks an extension of time to appeal the final order entered November 9, 2007. Because plaintiff has 60 days from entry of the order in which to notice his appeal, his motion filed on December 21, 2007, was premature. The time having now expired, however, and finding good cause shown, it is

ORDERED that pursuant to Fed. R. App. P. 4(a)(5), plaintiff's motion for an extension of time to file a notice of appeal [Dkt. No. 24] is GRANTED. Plaintiff shall notice his appeal on or before February 8, 2008.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: January 22, 2008